ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 3 2015
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:15-CR-022-A |
| JESSICA ANN ROSEMERGY (02) | |

## FACTUAL RESUME

INDICTMENT: Count One: Conspiracy to Possess a Controlled Substance with intent to Distribute (methamphetamine)
(in violation of 21 U.S.C. §§ 846; 841(a)(1) and (b)(1)(B))

PENALTY: $5,000,000 fine - not less than 5 years imprisonment, nor more than 40 years, or both such fine and imprisonment, plus a term of supervised release of not less than 4 years.

MAXIMUM PENALTY:
$5,000,000 fine and not less than five (5) years imprisonment, nor more than forty (40) years imprisonment, plus a term of supervised release of not less than 4 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Indictment are as follows:

First: That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the indictment;

Second: That the defendant knew of the unlawful purpose of the agreement;

Third: That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

**Factual Resume – Page 1**

Fourth:  That the overall scope of the conspiracy involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

Beginning sometime in 2014 or before and ending on January 8, 2015, in the Fort Worth Division of the Northern District of Texas, and elsewhere (but excluding the time Jessica Rosemergy was in prison), at the direction of her supplier, Jessica Rosemergy supplied Erica Ayala with ounce-quantities of methamphetamine for distribution to Ayala's customers, often on consignment. Specifically, on January 8, 2015, Jessica Rosemergy supplied Erica Ayala with one ounce of methamphetamine, half of which she (Ayala) sold to another person, and the other of which she (Ayala) was arrested with by local law enforcement officers. In this manner, Jessica Rosemergy and Erica Ayala conspired with each other and others to possess more than 50 grams of methamphetamine with the intent to distribute it.

SIGNED this 13 day of March, 2015.

_____          _____
JESSICA ANN ROSEMERGY                   CODY COFER
Defendant                               Counsel for Defendant

**Factual Resume – Page 2**